IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 12-23-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROBERT JOHN HANLON, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Dismiss Amended Petition to Revoke Supervised Release (Doc. 92), and for good cause appearing,

IT IS HEREBY ORDERED that the Amended Petition to Revoke Supervised Release (Doc. 90) is DISMISSED.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 3rd day of January, 2020.

SUSAN P. WATTERS
United States District Judge

1